UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JARMEL ANDERSON,

                Petitioner,                No. 08-CV-10515

vs.                                          Hon. Gerald E. Rosen

MARY K. BERGHUIS,

                Respondent.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION ON
PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on November 13, 2012

PRESENT:  Honorable Gerald E. Rosen
                       Chief Judge, United States District Court

This matter having come before the Court on the August 31, 2012 Report and Recommendation of United States Magistrate Paul J. Komives recommending that the Court deny Petitioner's Fed. R. Civ. P. 60(b) Motion for Relief from Judgment; and no timely objections to the R&R having been filed;[1] and the Court having reviewed and considered the Magistrate Judge's R&R and the Court's file of this matter and having concluded that Petitioner's Rule 60(b) motion should be denied, and being otherwise fully advised in the premises,

---

[1] Petitioner had requested -- and was granted -- an extension of time until October 5, 2012 to file objections to the Magistrate Judge's R&R but as of this date, no objections have been filed.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's August 31, 2012 Report and Recommendation **[Dkt. # 212]** is hereby ADOPTED by the Court.

IT IS FURTHER ORDERED that, for the reasons stated by the Magistrate Judge, Petitioner's Motion for Relief from Judgment **[Dkt. # 21]** is DENIED.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  November 13, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 13, 2012, by electronic and/or ordinary mail.

s/Shawntel Jackson for Ruth A. Gunther
Case Manager